1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No.: 4:21-cv-08924-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE NEW MATERIAL EVIDENCE IN SUPPORT OF PETITIONERS' RESPONSE TO RESPONDENTS' STATEMENT IN SUPPORT OF SEALING (DKT. 20)**<br>**(as modified)** |

The Court, having reviewed Petitioners Global Industrial Investment Ltd. and China Fortune Land Development's Administrative Motion for Leave to File New Material Evidence in Support of Petitioners' Response to Respondents' Statement in Support of Sealing, Dkt. No. 20 ("Motion for Leave") and supporting declaration and exhibits, and any opposition and response thereto, hereby GRANTS the Motion for Leave and ORDERS that counsel e-file Exhibit A to the Declaration of Cheryl Cauley on the docket forthwith. The Court will consider Exhibit A to the Declaration of Cheryl Cauley along with all other papers filed in support of Dkt. No. 20.

**IT IS SO ORDERED.**

Dated: 12/6/2021

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge