QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No. 4:21-cv-08924-HSG<br><br>**JOINT STIPULATION REGARDING BRIEFING; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1 **TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2 **RECORD:**
3     Pursuant to Civil Local Rules 6-2 and 7-12, Petitioners Global Industrial Investment Limited and China Fortune Land Development ("Petitioners"), and Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC ("Respondents"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding Briefing and Proposed Order.

    **WHEREAS**, on November 17, 2021, Petitioners filed a Notice of Petition and Petition to Confirm Final Arbitration Award ("Petition to Confirm"), (Dkt. 1);

    **WHEREAS**, on November 19, 2021, Respondents filed a motion for extension of time to file a response to the Petition to Confirm, (Dkt. 11);

    **WHEREAS**, on November 29, 2021, this Court granted in part and denied in part Respondents' motion for extension, setting the deadline to respond to the Petition to Confirm to December 17, 2021, (Dkt. 19);

    **WHEREAS**, Respondents anticipate filing a motion to vacate the underlying arbitration award ("Motion to Vacate") on December 17, 2021;

    **WHEREAS**, the parties have met and conferred and agree that judicial economy would be served by agreeing to certain deadlines and procedures for the management of the parties' anticipated briefing regarding the Petition to Confirm and Motion to Vacate, specifically by (i) agreeing to permit Petitioners and Respondents to file consolidated briefing on the respective Petition to Confirm and Motion to Vacate, with appropriate page limits for such consolidated briefs; and (ii) agreeing to a briefing schedule that expands the briefing period for the respective opposition and reply briefs to accommodate the parties' schedules and to permit sufficient time for the parties to address the issues that will be raised.

    **NOW THEREFORE**, it is hereby stipulated by and between the parties that:

(1)     Respondents' Opposition to Petitioners' Petition to Confirm and Respondents' Motion to Vacate shall be filed as a single, consolidated brief, not to exceed 35 pages, and shall be filed no later than December 17, 2021.

1  (2) Petitioners' Reply in Support of its Petition to Confirm and Petitioners' Opposition to Respondents' Motion to Vacate shall be filed as a single consolidated brief, not to exceed 35 pages, and shall be filed no later than January 7, 2022.

(3) Petitioners' Reply in Support of its Motion to Vacate shall be filed no later than January 19, 2022.

**IT IS SO STIPULATED.**

DATED:  December 16, 2021       By:  /s/ Cheryl Cauley
                                     Cheryl Cauley (SBN 252262)
                                     Cheryl.cauley@bakerbotts.com
                                     Yan Zhang (SBN 248531)
                                     Yan.zhang@bakerbotts.com
                                     BAKER BOTTS LLP
                                     1001 Page Mill Road, Suite 200
                                     Palo Alto, CA 94304
                                     Phone: 650-739-7500

                                     Andrew M. Behrman (appearance *pro hac vice*)
                                     Andrew.behrman@bakerbotts.com
                                     BAKER BOTTS LLP
                                     30 Rockefeller Plaza
                                     New York, NY 10112
                                     Phone: 212-408-2500
                                     Fax: 212-408-2501

                                     *Attorneys for Petitioners Global Industrial Investment Limited and China Fortune Land Development*

| | | |
|---|---|---|
| 1 | DATED: December 16, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ David Cooper |
| | | Kathleen M. Sullivan (CA Bar No. 242261) |
| 5 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | 865 S. Figueroa St., 10th Floor |
| 7 | | Los Angeles, California 90017 |
| | | Telephone: (213) 443-3000 |
| 8 | | Facsimile: (213) 443-3100 |
| 9 | | John M. Potter (CA Bar No. 165843) |
| 10 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 11 | | 50 California Street, 22nd Floor |
| | | San Francisco, CA 94111 |
| 12 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 13 | | |
| 14 | | David M. Cooper (appearance *pro hac vice*) |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 15 | | 51 Madison Ave., 22nd Floor |
| 16 | | New York, NY 10010 |
| | | Telephone: (212) 849-7000 |
| 17 | | Facsimile: (212) 849-7100 |
| 18 | | |
| 19 | | *Attorneys for Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC* |

**ATTESTATION OF CONCURRENCE**

I, David Cooper, am the ECF user whose ID and password are being used to file the foregoing document.  Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: December 16, 2021    By: */s/ David Cooper*
David M. Cooper (appearance *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC*

**ORDER**

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

(1) Respondents' Opposition to Petitioners' Petition to Confirm and Respondents' Motion to Vacate shall be filed as a single, consolidated brief, not to exceed 35 pages, and shall be filed no later than December 17, 2021.

(2) Petitioners' Reply in Support of its Petition to Confirm and Petitioners' Opposition to Respondents' Motion to Vacate shall be filed as a single consolidated brief, not to exceed 35 pages, and shall be filed no later than January 7, 2022.

(3) Petitioners' Reply in Support of its Motion to Vacate shall be filed no later than January 19, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/17/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge