CHERYL CAULEY (SBN 252262)
Cheryl.cauley@bakerbotts.com
YAN ZHANG (SBN 248531)
Yan.zhang@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road, Suite 200
Palo Alto, CA 94304
Phone: 650-739-7500
Fax: 650-739-7699

ANDREW M. BEHRMAN (admitted *pro hac vice*)
Andrew.behrman@bakerbotts.com
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, NY 10112
Phone: 212-408-2500
Fax: 212-408-2501

Attorneys for Petitioners Global Industrial Investment Limited and China Fortune Land Development

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No.: 4:21-cv-08924-HSG<br><br>**PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION TO VACATE FINAL ARBITRATION AWARD AND REPLY IN FURTHER SUPPORT OF PETITION TO CONFIRM FINAL ARBITRATION AWARD** |

<u>**CONDITIONALLY FILED UNDER SEAL**</u>