# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No.: 4:21-cv-08924-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO VACATE OR DEFER CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2** |

PURSUANT TO STIPULATION, IT IS ORDERED that the initial case management conference currently scheduled for February 22, 2022 and all related deadlines are VACATED.

**IT IS SO ORDERED.**

Dated:   2/2/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge