UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>1955 CAPITAL FUND I GP LLC, et al.,<br><br>    Defendants. | Case No.  21-cv-08924-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Petition to Confirm Final Arbitration Award and Denying Motion to Vacate,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 21st day of September, 2022.


Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.