QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
   kathleensullivan@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  David M. Cooper (appearance *pro hac vice*)
   davidcooper@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No. 4:21-cv-08924-HSG<br><br>**DECLARATION OF DAVID M. COOPER IN SUPPORT OF RESPONDENTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, David Cooper, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and an attorney with Quinn Emanuel Urquhart & Sullivan LLP. I represent Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC ("Respondents") in the above-captioned matter.

2. I make this declaration in support of Respondents' Administrative Motion to File Under Seal.

3. Attached hereto as Exhibit A is a true and correct copy of the Final Award, in (i) sealed, highlighted form, and (ii) public, redacted form.

4. Attached hereto as Exhibit B is a true and correct copy of the Notice of Petition and Petition to Confirm Final Arbitration Award, in (i) sealed, highlighted form, and (ii) public, redacted form.

5. Attached hereto as Exhibit C is a true and correct copy of Respondents' Notice of Motion and Motion to Vacate Arbitration Award and Opposition to Petition to Confirm Arbitration Award, in (i) sealed, highlighted form, and (ii) public, redacted form.

6. Attached hereto as Exhibit D is a true and correct copy of the Fact Witness Statement of Andrew Chung, in (i) sealed form, and (ii) public, redacted form.

7. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Ilya A. Strebulaev, in (i) sealed form, and (ii) public, redacted form.

8. Attached hereto as Exhibit F is a true and correct copy of the Second Fact Witness Statement of Andrew Chung, in (i) sealed form, and (ii) public, redacted form.

9. Attached hereto as Exhibit G is a true and correct copy of the Supplemental Fact Witness Statement of Andrew Chung, in (i) sealed form, and (ii) public, redacted form.

10. Attached hereto as Exhibit H is a true and correct copy of Respondents' Post-Hearing Brief, in (i) sealed form, and (ii) public, redacted form.

11. Attached hereto as Exhibit I is a true and correct copy of the First Amended Demand for Arbitration, in (i) sealed form, and (ii) public, redacted form.

12. Attached hereto as Exhibit J is a true and correct copy of Petitioners' Opposition to Respondents' Motion to Vacate Final Arbitration Award and Reply in Further Support of Petition to Confirm Final Arbitration Award, in (i) sealed form, and (ii) public, redacted form.

13. Attached hereto as Exhibit K is a true and correct copy of Claimant's Post-Hearing Brief, and (ii) public, redacted form.

14. Attached hereto as Exhibit L is a true and correct copy of the Demand for Arbitration, in (i) sealed form, and (ii) public, redacted form.

15. Attached hereto as Exhibit M is a true and correct copy of Respondents' Reply in Support of Motion to Vacate Arbitration Award, in (i) sealed form, and (ii) public, redacted form.

16. Attached hereto as Exhibit N is a true and correct copy of the Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

17. Attached hereto as Exhibit O is a true and correct copy the Declaration of Patrick Wong in Support of Petitioners' Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

18. Attached hereto as Exhibit P is a true and correct copy the Final Award, in (i) sealed form, and (ii) public, redacted form.

19. Attached hereto as Exhibit Q is a true and correct copy of a bank statement for 1955 Capital Fund I LP (Exhibit B to Wong Decl.), in (i) sealed form, and (ii) public form.

20. Attached hereto as Exhibit R is a true and correct copy of a bank statement for 1955 Capital China Fund LP (Exhibit C to Wong Decl.), in (i) sealed form, and (ii) public form.

21. Attached hereto as Exhibit S is a true and correct copy of a bank statement for 1955 Capital Fund I GP LLC (Exhibit D to Wong Decl.), in (i) sealed form, and (ii) public form.

22. Attached hereto as Exhibit T is a true and correct copy of a bank statement for 1955 Capital China Fund GP LLC (Exhibit E to Wong Decl.), in (i) sealed form, and (ii) public form.

23. Attached hereto as Exhibit U is a true and correct copy of Petitioners' Opposition to Respondents' Motion to Enlarge Time to Respond to Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

24. Attached hereto as Exhibit V is a true and correct copy of the Declaration of Jason C. Lo in Support of Petitioners' Administrative motion to Shorten Time for Hearing and Opposition to Respondents' Motion to Enlarge Time to Respond to Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

25. Attached hereto as Exhibit W is a true and correct copy of a March 17, 2022 letter from Jason Lo to David Cooper (Exhibit P to Lo Decl.), in (i) sealed form, and (ii) public, redacted form.

26. Attached hereto as Exhibit X is a true and correct copy of an email exchange dated March 21, 2022, between David Cooper and Jason Lo (Exhibit Q to Lo Decl.), in (i) sealed form, and (ii) public, redacted form.

27. Attached hereto as Exhibit Y is a true and correct copy of Administrative Motion to Shorten Time for Hearing on Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

28. Attached hereto as Exhibit Z is a true and correct copy of the Declaration of Andrew Behrman in Support of Petitioners' Administrative Motion to Shorten Time for Hearing and Opposition to Respondents' Motion to Enlarge Time to Respond to Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

29. Attached hereto as Exhibit AA is a true and correct copy of Exhibit C to Declaration of David Cooper in Support of Respondents' Opposition to Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

30. Attached hereto as Exhibit BB is a true and correct copy of Respondents' Opposition to Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

31. Attached hereto as Exhibit CC is a true and correct copy of the Reply Brief in Support of Motion for Preliminary Injunction, in (i) sealed form, and (ii) public, redacted form.

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct, and that this declaration was executed on October 3, 2022, in New York, New
3   York.

*/s/ David Cooper*
David Cooper