DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
JULIAN W. POON, SBN 219843
  jpoon@gibsondunn.com
JASON LO, SBN 219030
  jlo@gibsondunn.com
RAYMOND LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Petitioners
GLOBAL INDUSTRIAL INVESTMENT LIMITED
AND CHINA FORTUNE LAND DEVELOPMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>    Petitioners,<br><br>  v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>    Respondents. | CASE NO. 4:21-cv-08924-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONSOLIDATE HEARING DATES**<br><br>Judge:    Hon. Haywood S. Gilliam Jr. |

1   IT IS HEREBY STIPULATED by and between Petitioners Global Industrial Investment
2   Limited and China Fortune Land Development ("Petitioners") and Respondents 1955 Capital Fund I
3   GP LLC and 1955 Capital China Fund GP LLC ("Respondents"), by and through their counsel of
4   record:
5   WHEREAS, on October 5, 2022, Petitioners filed a motion for attorney's fees ("Petitioners'
6   Fees Motion"), currently noticed for hearing on December 8, 2022.
7   WHEREAS, on October 5, 2022, Respondents filed a motion for attorney's fees
8   ("Respondents' Fees Motion"), currently noticed for hearing on February 9, 2023.
9   WHEREAS, on October 7, 2022, Petitioners filed a motion to hold Respondents in contempt
10  ("Petitioners' Contempt Motion"), currently noticed for hearing on January 5, 2023.
11  WHEREAS, on October 7, 2022, Petitioners also filed an administrative motion to shorten
12  time, requesting this Court to advance the hearing on Petitioners' Contempt Motion to December 8,
13  2022, the same date as the hearing on Petitioners' Fees Motion.
14  WHEREAS, Respondents also seek to advance the hearing on Respondents' Fees Motion to
15  December 8, 2022.
16  WHEREAS, the parties have conferred and believe that efficiency would be served to have
17  the hearings on Petitioners' Fees Motion, Respondents' Fees Motion, and Petitioners' Contempt
18  Motion on the same date of December 8, 2022.
19  THEREFORE, the parties hereby request that the Court (1) grant Petitioners' administrative
20  motion to shorten time, and (2) consolidate the hearing dates on Petitioners' Fees Motion,
21  Respondents' Fees Motion, and Petitioners' Contempt Motion to the same date of Thursday,
22  December 8, 2022.
23  IT IS SO STIPULATED.
24
25
26
27
28

| | |
|---|---|
| Dated: October 11, 2022 | Respectfully submitted, |
| BAKER BOTTS LLP | GIBSON, DUNN & CRUTCHER LLP |
| Cheryl Cauley (SBN 252262)<br>Cheryl.cauley@bakerbotts.com<br>Yan Zhang (SBN 248531)<br>Yan.zhang@bakerbotts.com<br>1001 Page Mill Road, Suite 200<br>Palo Alto, CA 94304<br>Phone: 650-739-7500<br>Fax: 650-739-7699 | By: */s/ Jason Lo*<br>    Jason Lo<br>    Debra Wong Yang<br>    Julian W. Poon<br>    Jacqueline Liu Sesia<br>    333 South Grand Avenue<br>    Los Angeles, CA 90071-3197<br>    Telephone: 213.229.7000<br>    Facsimile: 213.229.7520 |
| Michael Goldberg (*pro hac vice*)<br>michael.goldberg@bakerbotts.com<br>910 Louisiana Street<br>New York, NY 10112<br>Phone: 212-408-2500<br>Fax: 212-408-2501 | *Attorneys for Petitioners Global Industrial Investment Limited and China Fortune Land Development* |
| Dated: October 11, 2022 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ David Cooper*<br>    Kathleen M. Sullivan (SBN 242261)<br>    865 S. Figueroa St., 10th Floor<br>    Los Angeles, California 90017<br>    Telephone: (213) 443-3000<br>    Facsimile: (213) 443-3100<br><br>    John M. Potter (SBN 165843)<br>    50 California Street, 22nd Floor<br>    San Francisco, CA 94111<br>    Telephone: (415) 875-6600<br>    Facsimile: (415) 875-6700<br><br>    David M. Cooper (*pro hac vice*)<br>    51 Madison Ave., 22nd Floor<br>    New York, NY 10010<br>    Telephone: (212) 849-7000<br>    Facsimile: (212) 849-7100 |
| | *Attorneys for Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC* |

**FILER'S ATTESTATION**

I, Jason Lo, an ECF user whose ID and password are being used to file the foregoing document, attest pursuant to Civil Local Rule 5-1(h)(3) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 11, 2022

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jason Lo
    Jason Lo

*Attorneys for Petitioners Global Industrial Investment Limited and China Fortune Land Development*

**ORDER**

Petitioners Global Industrial Investment Limited and China Fortune Land Development ("Petitioners") and Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC ("Respondents") filed a joint stipulation to propose consolidating the hearing dates of Petitioners' motion for attorney's fees, Respondents' motion for attorney's fees, and Petitioners' motion to hold Respondents in contempt to December 8, 2022.  This Court, having considered the joint stipulation and finding good cause therefor, hereby consolidates the hearing dates and ORDERS as follows:

1. Petitioners' administrative motion to advance the hearing on their motion to hold Respondents in contempt is granted.

2. Petitioners' motion for attorney's fees, Respondents' motion for attorney's fees, and Petitioners' motion to hold Respondents in contempt will all be heard on Thursday, December 8, 2022 at 2:00 PM.

IT IS SO ORDERED.

Dated: October 12, 2022

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge