QUINN EMANUEL URQUHART & SULLIVAN, LLP
　David M. Cooper (appearance *pro hac vice*)
　davidcooper@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>　　　　Respondents. | Case No. 4:21-cv-08924-HSG<br><br>**ORDER DENYING RESPONDENTS' ADMINISTRATIVE MOTION REQUESTING STATUS CONFERENCE** |

# ORDER

On August 9, 2023, Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC (collectively, "Respondents") filed an administrative motion requesting a status conference. Having considered Respondents' motion, the Court hereby schedules a status conference for _____, 2023 at 2:00 p.m. to discuss the outstanding issues and developments in this action.

**IT IS SO ORDERED.**

Date: 8/10/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

[DENIED — Haywood S. Gilliam Jr.]