DEBRA WONG YANG, SBN 123289
   dwongyang@gibsondunn.com
JULIAN W. POON, SBN 219843
   jpoon@gibsondunn.com
JASON LO, SBN 219030
   jlo@gibsondunn.com
RAYMOND LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Petitioners
GLOBAL INDUSTRIAL INVESTMENT LIMITED
AND CHINA FORTUNE LAND DEVELOPMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | CASE NO. 4:21-cv-08924-HSG<br><br>**STIPULATED ADMINISTRATIVE MOTION TO REMOVE DKT. 185-4 AND 186-7 (REPLACED WITH REDACTED VERSIONS); ORDER (as modified)**<br><br>Hon. Haywood S. Gilliam, Jr. |

**STIPULATED ADMINISTRATIVE MOTION**

Pursuant to Civil Local Rules 7-11, Global Industrial Investment Limited and China Fortune Land Development (collectively, "Petitioners"), by stipulation with 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC (collectively, "Respondents"), respectfully request that the Court order that Docket Entries 185-4 and 186-7 be removed from the public file in this case. Petitioners and Respondents agree that these documents in their entirety should not be made public, consistent with the Court's Order on sealing (*see* Dkt. 175) ("Order") and Federal Rule of Civil Procedure 5.2(a).

Specifically, Docket Entry 186-7 (originally lodged under seal at 70-8) contains an unredacted version of the Final Arbitration Award, whereas the Court granted in part and denied in part sealing of a redacted version of the Final Arbitration Award, originally filed at Docket Entry 16-6 (16-3) and later submitted with a renewed motion to seal under Docket Entry 109. Order at 5.

Docket Entry 185-4 contains unredacted bank account statements of 1955 Capital Fund I LP, originally filed at Docket Entry 122-5 (121-9) and submitted with a motion to seal under Docket Entry 131, which display the full bank account numbers of other entities. While the Court denied sealing over these bank account statements generally, Order at 10, the Court elsewhere ruled that full bank account numbers be sealed, *id.* at 9, 11, consistent with Federal Rule of Civil Procedure 5.2(a).

Replacement versions of these documents with redactions consistent with the Court's Order on sealing have already been filed for the public (*see* Dkts. 191, 193).

**IT IS SO STIPULATED, THROUGH COUNSEL,**

Dated: October 3, 2023          GIBSON, DUNN & CRUTCHER LLP

                                By:  /s/ *Raymond LaMagna*

                                     Raymond LaMagna

                                Attorneys for Petitioners
                                GLOBAL INDUSTRIAL INVESTMENT LIMITED
                                AND CHINA FORTUNE LAND DEVELOPMENT


Dated: October 3, 2023          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By:  /s/ *David Cooper*

                                     David Cooper

                                Attorneys for Respondents
                                1955 CAPITAL FUND I GP LLC AND
                                1955 CAPITAL CHINA FUND GP LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Clerk is directed to remove docket entries 185-4 and 186-7 from the public file in this case.

DATED: 10/4/2023                _____
                                HAYWOOD S. GILLIAM, JR.
                                United States District Judge