QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Cooper (appearance *pro hac vice*)
  davidcooper@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No. 4:21-cv-08924-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE APPLICATION FOR WRIT OF EXECUTION** |

Case No. 4:21-cv-08924-HSG

Order Denying Admin. Mot. for Leave to Apply for Writ of Execution

**ORDER**

Now before the Court is Petitioners Global Industrial Investment Limited and China Fortune Land Development's ("Petitioners") Administrative Motion for Leave to File an Application for a Writ of Execution ("Motion"). Upon consideration of the papers filed in support of and in opposition to the Motion, this Court concludes as follows.

Petitioners' Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Date: 12/27/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 1 -

Case No. 4:21-cv-08924-HSG
Order Denying Admin. Mot. for Leave to Apply for Writ of Execution