UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLOBAL INDUSTRIAL INVESTMENT LIMITED, et al., | Case No. 21-cv-08924-HSG |
|---|---|
| Plaintiffs, | **ORDER DENYING REQUEST FOR LEAVE TO FILE ADMINISTRATIVE MOTION TO REOPEN** |
| v. | |
| 1955 CAPITAL FUND I GP LLC, et al., | Re: Dkt. No. 216 |
| Defendants. | |

Now before the Court is a request for leave to file an administrative motion to reopen Dkt. Nos. 158–160 filed by Petitioners Global Industrial Investment Ltd. and China Fortune Land Development.  *See* Dkt. No. 216.  Upon consideration of the papers filed in support of and in opposition to the Motion, Petitioners' Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:  2/5/2024

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge