1  DEBRA WONG YANG, SBN 123289
    dwongyang@gibsondunn.com
2  JULIAN W. POON, SBN 219843
    jpoon@gibsondunn.com
3  JASON LO, SBN 219030
    jlo@gibsondunn.com
4  RAYMOND LAMAGNA, SBN 244821
    rlamagna@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
  333 South Grand Avenue
6  Los Angeles, CA  90071-3197
  Telephone: 213.229.7000
7  Facsimile:  213.229.7520

8  Attorneys for Petitioners
  GLOBAL INDUSTRIAL INVESTMENT LIMITED
9  AND CHINA FORTUNE LAND DEVELOPMENT

10                UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

| | |
|---|---|
| 13  GLOBAL INDUSTRIAL INVESTMENT LIMITED and CHINA FORTUNE LAND DEVELOPMENT, | CASE NO. 4:21-cv-08924-HSG |
| 14 | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 15                    Petitioners, | |
| 16         v. | Judge:          Hon. Haywood S. Gilliam Jr. |
| 17  1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC, | |
| 18                    Respondents. | |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioners Global Industrial

2  Investment Limited and China Fortune Land Development, and Respondents 1955 Capital Fund I GP

3  LLC and 1955 Capital China Fund GP LLC, by and through their counsel of record, stipulate to the

4  dismissal of this action with prejudice.  Accordingly, the parties hereby agree to dismiss any and all

5  pending motions, requests, and applications in this action, including without limitation ECF Nos. 226,

6  227, 234, and 238.

7  **IT IS SO STIPULATED.**

8

9  DATED:  March 17, 2025                GIBSON, DUNN & CRUTCHER LLP

10

11  By:  _____*/s/ Jason C. Lo*_____
                    Jason C. Lo

12  *Attorneys for Petitioners Global Industrial*
    *Limited and China Fortune Land Development*

13

14

15  DATED:  March 17, 2025                QUINN EMANUEL URQUHART & SULLIVAN, LLP

16

17  By:  _____*/s/ David M. Cooper*_____
                    David M. Cooper

18  *Attorneys for Respondents 1955 Capital Fund I GP LLC*
    *and 1955 Capital China Fund GP LLC*

19

20                              *       *       *

21

22  **ECF ATTESTATION**

23  Pursuant to Civil Local Rule 5-1, I, Jason C. Lo, hereby attest that the concurrence in the

    filing of this document has been obtained from all signatories.

24

25  _____*/s/ Jason C. Lo*_____
                    Jason C. Lo

26

27

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED:  3/18/2025

4                                                          Hon. Haywood S. Gilliam, Jr.
                                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28